# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Amy Hopkins, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Stericycle, <br><br> Defendant. | Case No. 22-cv-01349 <br><br> Judge Manish Shah |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

    which ☐ includes       pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s)  Stericycle
and against plaintiff(s) Amy Hopkins, Cheryl Lane, Adrienne Hause, Toni Stone,
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date:  3/13/2024                                 Thomas G. Bruton, Clerk of Court

                                                 /Susan McClintic , Deputy Clerk